IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Ostigny, :
:
      Plaintiff(s), :
: Case Number: 1:12cv477
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
      Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge J. Gregory Wehrman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 4, 2014 Report and Recommendation (Doc. 35).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 39).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, this Court lost jurisdiction over this action once the plaintiff filed a timely notice of appeal.  In addition, plaintiff is not entitled to relief based on claims of ineffective assistance of counsel.  Plaintiff's motion for reconsideration (Doc. 25) is DISMISSED.

This case remains terminated on the docket.

IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Chief Judge Susan J. Dlott
      United States District Court